# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**983**

**CAF 13-00820**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, AND VALENTINO, JJ.

---

IN THE MATTER OF KEVEN A. NUNN,
PETITIONER-RESPONDENT,

V                                                                ORDER

MARY J. NUNN, RESPONDENT-APPELLANT.

---

ROSEMARIE RICHARDS, SOUTH NEW BERLIN, FOR RESPONDENT-APPELLANT.

JAY D. CARR, ATTORNEY FOR THE CHILD, OLEAN.

---

    Appeal from an order of the Family Court, Steuben County (Peter C. Bradstreet, J.), entered May 1, 2013 in a proceeding pursuant to Family Court Act article 6.  The order, among other things, awarded petitioner primary physical placement of the subject child.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  September 26, 2014                    Frances E. Cafarell
                                                Clerk of the Court